UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 21-24429-CIV-MORENO

MATTHEW GEORGE OCHMANSKI,

    Plaintiff,

vs.

KILOLO KIJAKAZI, Acting Commissioner of
Social Security,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

THE MATTER was referred to the Honorable Jonathan Goodman, United States Magistrate Judge, for a Report and Recommendation on Plaintiff's Motion for Summary Judgment, filed on **June 10, 2022** and Defendant's Motion for Summary Judgment filed on **August 9, 2022**. The Magistrate Judge filed a Report and Recommendation **(D.E. 21)** on **February 2, 2023**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues and notes that no objections have been filed as of the date of this Order and the time for doing so has now passed. Accordingly, it is

**ADJUDGED** that United States Magistrate Judge Jonathan Goodman's Report and Recommendation is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that Plaintiff's Motion for Summary Judgment is GRANTED and Defendant's Motion for Summary Judgment is DENIED for the reasons stated in the Report and Recommendation. The Court remands the case pursuant to 42 U.S.C. § 405(g) with instructions to the Administrative Law Judge to: (1) provide Plaintiff with the opportunity to supplement the

record with any documents concerning the Veterans Administration's rating decision, and (2) meaningfully consider the Veterans Administration's disability determination and give specific reasons if the Administrative Law Judge discounts that determination.

DONE AND ORDERED in Chambers at Miami, Florida, this 27 of February 2023.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
United States Magistrate Judge Jonathan Goodman

Counsel of Record