UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Case Number: 21-24429-CIV-MORENO

MATTHEW GEORGE OCHMANSKI,

    Plaintiff,

vs.

KILOLO KIJAKAZI, Acting Commissioner of
Social Security,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE GOODMAN'S REPORT AND RECOMMENDATIONS

THE MATTER was referred to the Honorable Jonathan Goodman, United States Magistrate Judge, for a Report and Recommendation on Plaintiff's Unopposed Motion for Attorney's Fees (D.E. 24). The Magistrate Judge filed a Report and Recommendation (D.E. 25). The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues and notes that no objections have been filed. Being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Jonathan Goodman's Report and Recommendation is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that Unopposed Motion for Attorney's Fees is GRANTED. The Court awards Plaintiff $8610.92 in attorney's fees and $402 in costs, contingent upon a determination by Defendant that Plaintiff owes no qualifying, preexisting debt(s) to the Government. For which sum let execution issue.

DONE AND ORDERED in Chambers at Miami, Florida, this 23rd of June 2023.

*Federico A. Moreno*

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge Jonathan Goodman

Counsel of Record

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: -CIV-MORENO

vs.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE LOUIS'S REPORT AND RECOMMENDATIONS

THE MATTER was referred to the Honorable Jonathan Lauren F. Louis, United States Magistrate Judge, for a Report and Recommendation on Unopposed Motion for Attorney's Fees, filed on **December 20March 28, 2023**.  The Magistrate Judge filed a Report and Recommendation **(D.E. 24)** on **March 29, 2023**.  The Court has reviewed the entire file and record.  The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Lauren F. Louis's Report and Recommendation is **AFFIRMED** and **ADOPTED**.  Accordingly, it is

**ADJUDGED** that Unopposed Motion for Attorney's Fees is GRANTED.

DONE AND ORDERED in Chambers at Miami, Florida, this _____ of June 2023.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

2

Copies furnished to:

United States Magistrate Judge Lauren F. Louis

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: -CIV-MORENO

vs.

_____/

**ORDER ADOPTING MAGISTRATE JUDGE LOUIS'S REPORT AND RECOMMENDATIONS**

THE MATTER was referred to the Honorable Jonathan Lauren F. Louis, United States Magistrate Judge, for a Report and Recommendation on Unopposed Motion for Attorney's Fees, filed on **December 20March 28, 2023**. The Magistrate Judge filed a Report and Recommendation **(D.E. 24)** on **March 29, 2023**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Lauren F. Louis's Report and Recommendation is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that Unopposed Motion for Attorney's Fees is GRANTED.

DONE AND ORDERED in Chambers at Miami, Florida, this _____ of June 2023.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

2

Copies furnished to:

United States Magistrate Judge Lauren F. Louis